MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5084
   Fax: (408)-535-5066
   E-mail:  John.Glang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-00209-JF |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING DATE |
| SERGIO RUEDAS-LOPEZ, | ) | |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Thursday, October 28, 2010 at 9:00 a.m., be continued and rescheduled for Thursday, December 16, 2010 at 9:00 a.m..

It is so stipulated.

Dated: 10/14/2010                                                       /s/
                                                                   JOHN N. GLANG
                                                                   Assistant U.S. Attorney

It is so stipulated:

**STIPULATION AND ORDER CONTINUING SENTENCING DATE**
**CR 10-00209-JF**

1  Dated: 10/14/2010                                    /s/
2                                               ALLEN H. SCHWARTZ
                                                Attorney for Sergio Ruedas-Lopez
3
4                                        ORDER

5     Based upon the stipulation of the parties and good cause appearing therefor, it is hereby

6  ORDERED that the date for the sentencing hearing of the defendant in the above-entitled case be

7  continued from Thursday, October 28, 2010 at 9:00 a.m. and rescheduled for Thursday,

8  December 16, 2010 at 9:00 a.m.

9

10   It is so ORDERED:

11   Dated: 10/25/10
12                                               _____
                                                 JEREMY FOGEL
13                                               United States District Judge

STIPULATION AND ORDER CONTINUING SENTENCING DATE
CR 10-00209-JF                                    2