1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Acting Chief, Criminal Division
4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408)-535-5084
7     Fax: (408)-535-5066
      E-mail:  John.Glang@usdoj.gov
8
   Attorneys for Plaintiff
9

10                         UNITED STATES DISTRICT COURT
11                        NORTHERN DISTRICT OF CALIFORNIA
12                                 SAN JOSE DIVISION
13
   UNITED STATES OF AMERICA,           )   No. CR 10-00209-JF
14                                     )
              Plaintiff,                )
15                                     )   STIPULATION AND [PROPOSED]
       v.                              )   ORDER CONTINUING SENTENCING
16                                     )   HEARING DATE
   SERGIO RUEDAS-LOPEZ,                )
17                                     )
              Defendant.                )
18 _____     )
19
20     IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is
21 hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently
22 scheduled for Thursday, December 16, 2010 at 9:00 a.m., be continued and rescheduled for
23 Thursday, February 10, 2011 at 9:00 a.m..
24 It is so stipulated.
25
   Dated: 12/02/2010                              /s/
26                                         _____
                                           JOHN N. GLANG
27                                         Assistant U.S. Attorney
28
   It is so stipulated:

STIPULATION AND ORDER CONTINUING SENTENCING DATE
CR 10-00209-JF

Dated: 12/02/2010            /s/
                                      ALLEN H. SCHWARTZ
                                      Attorney for Sergio Ruedas-Lopez

### ORDER

Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED that the date for the sentencing hearing of the defendant in the above-entitled case be continued from Thursday, December 16, 2010 at 9:00 a.m. and rescheduled for Thursday, February 10, 2011 at 9:00 a.m.

It is so ORDERED:

Dated: 12/6/10

JEREMY FOGEL
United States District Judge

STIPULATION AND ORDER CONTINUING SENTENCING DATE
CR 10-00209-JF

2