1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   JOHN N. GLANG (GUAMBN 94012)
    Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408)-535-5084
7      Fax: (408)-535-5066
       E-mail: John.Glang@usdoj.gov
8
    Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                  SAN JOSE DIVISION

13
    UNITED STATES OF AMERICA,        )   No. CR 10-00209-JF
14                                    )
                  Plaintiff,          )
15                                    )   STIPULATION AND ~~[PROPOSED]~~
            v.                        )   ORDER CONTINUING SENTENCING
16                                    )   HEARING DATE
    SERGIO RUEDAS-LOPEZ,              )
17                                    )
                  Defendant.          )
18   _____)

19

20      IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is

21   hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently

22   scheduled for Thursday, February 10, 2011 at 9:00 a.m., be continued and rescheduled for

23   Thursday, May 19, 2011 at 9:00 a.m..

24   It is so stipulated.

25
    Dated:  2/03/2011                      _____/s/_____
26                                          JOHN N. GLANG
                                            Assistant U.S. Attorney
27

28

STIPULATION AND ORDER CONTINUING SENTENCING DATE
CR 10-00209-JF

It is so stipulated:

Dated:  2/03/2011                                    _____/s/_____

                                                              ALLEN H. SCHWARTZ
                                                              Attorney for Sergio Ruedas-Lopez


ORDER

        Based upon the stipulation of the parties and good cause appearing therefor, it is hereby

ORDERED that the date for the sentencing hearing of the defendant in the above-entitled case be

continued from Thursday, February 10, 2011 at 9:00 a.m. and rescheduled for Thursday, May 19,

2011 at 9:00 a.m.


It is so ORDERED:

Dated: ____2/9/11_____

                                                              JEREMY FOGEL
                                                              United States District Judge

STIPULATION AND ORDER CONTINUING SENTENCING DATE
CR 10-00209-JF                                                          2