1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone:  (408) 535-5084
7     Fax:  (408) 535-5066
      E-mail:  John.Glang@usdoj.gov
8
   Attorneys for Plaintiff
9

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION

   UNITED STATES OF AMERICA,        )   No. CR 10-00209-JF
                                    )
              Plaintiff,            )
                                    )   STIPULATION AND [PROPOSED]
         v.                         )   ORDER CONTINUING SENTENCING
                                    )   HEARING DATE
   SERGIO RUEDAS-LOPEZ,             )
                                    )
              Defendant.            )
   _____)

        IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is

   hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently

   scheduled for Thursday, May 19, 2011 at 9:00 a.m., be continued and rescheduled for Thursday,

   July 28, 2011 at 9:00 a.m.

   It is so stipulated.

   Dated: 5/4/2011                              ____/s/_____
                                                JOHN N. GLANG
                                                Assistant United States Attorney

   STIPULATION AND ORDER CONTINUING SENTENCING DATE
   CR 10-00209-JF

1  It is so stipulated:

2  Dated:  5/4/2011                                    /s/
                                                ALLEN H. SCHWARTZ
3                                               Attorney for Sergio Ruedas-Lopez

4
                                    ORDER
5
   Based upon the stipulation of the parties and good cause appearing therefor, it is hereby
6
   ORDERED that the date for the sentencing hearing of the defendant in the above-entitled case be
7
   continued from Thursday, May 19, 2011 at 9:00 a.m. and rescheduled for Thursday, July 28,
8
   2011 at 9:00 a.m.
9

10

11  It is so ORDERED:

12  Dated:  5/9/11
                                                _____
13                                              JEREMY FOGEL
                                                United States District Judge

STIPULATION AND ORDER CONTINUING SENTENCING DATE
CR 10-00209-JF                                                2