```
MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone:  (408) 535-5084
    Fax:  (408) 535-5066
    E-mail:  John.Glang@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,         )<br>                              )<br>    v.                        )<br>                              )<br>SERGIO RUEDAS-LOPEZ,          )<br>                              )<br>            Defendant.        )<br>_____) | No. CR 10-00209-JF<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING SENTENCING<br>HEARING DATE |

   IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Thursday, July 28, 2011 at 9:00 a.m., be continued and rescheduled for Thursday, September 22, 2011 at 9:00 a.m.

It is so stipulated.

Dated: 7/20/2011                              _____/s/_____
                                              JOHN N. GLANG
                                              Assistant United States Attorney

STIPULATION AND ORDER CONTINUING SENTENCING DATE
CR 10-00209-JF

1  It is so stipulated:

2  Dated: 7/20/2011

                                         /s/
3                                  ALLEN H. SCHWARTZ
                                Attorney for Sergio Ruedas-Lopez

## ORDER

Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED that the date for the sentencing hearing of the defendant in the above-entitled case be continued from Thursday, July 28, 2011 at 9:00 a.m. and rescheduled for Thursday, September 22, 2011 at 9:00 a.m.

It is so ORDERED:

Dated: 7/28/11

                                JEREMY FOGEL
                                United States District Judge