MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5084
Fax: (408) 535-5066
E-mail: John.Glang@usdoj.gov

Attorneys for Plaintiff

**FILED**

SEP 22 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 10-00209-JF |
|         Plaintiff, | ) |
|       v. | ) STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING DATE |
| SERGIO RUEDAS-LOPEZ, | ) |
|         Defendant. | ) |

   IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is

hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently

scheduled for Thursday, September 22, 2011 at 9:00 a.m., be continued and rescheduled for

Thursday, November 17, 2011 at 9:00 a.m.

It is so stipulated.

Dated: 9/19/2011

                          /s/
                          JOHN N. GLANG
                          Assistant United States Attorney

1   It is so stipulated:

2   Dated: 9/1 9/2011

                                              /s/
3                                    ALLEN H. SCHWARTZ
                                     Attorney for Sergio Ruedas-Lopez
4

5                                    ORDER

6       Based upon the stipulation of the parties and good cause appearing therefor, it is hereby

7   ORDERED that the date for the sentencing hearing of the defendant in the above-entitled case be

8   continued from Thursday, September 22, 2011 at 9:00 a.m. and rescheduled for Thursday,

9   November 17, 2011 at 9:00 a.m.

10

11  It is so ORDERED:

12  Dated: 9-22-11

13                                   JEREMY FOGEL
                                     United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28