Allen H. Schwartz, SBN 108126
Attorney at Law
111 W. St. John Street, Suite 555
San Jose, CA 95113
Tel: (408) 298-9494
Fax: (408) 298-4551

Attorney for Defendant: SERGIO RUEDAS-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO RUEDAS-LOPEZ, et al.,<br><br>Defendants. | Case No. CR 10-00209 EJD<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO SELF-SURRENDER. |

Defendant, Sergio Ruedas-Lopez, has been ordered by this court to surrender himself to the U.S. Marshall to begin his sentence on January 6, 2012. He has been informed, through his attorney, that a prison facility has not yet been designated by the Bureau of Prisons. Hence, Mr. Ruedas respectfully requests a court order allowing him an extension of time to self-surrender to February 6, 2012.  The prosecutor, John Glang, and the pre-trial officer, Jaime Carranza, have been notified and have no objection.

Dated: January 5, 2012                              Respectfully submitted,

/s/

_____
ALLEN H. SCHWARTZ
Attorney for Defendant

DEFENDANT'S EOT REQUEST                      1                      Case No. CR 10-00209 EJD

Dated: January 5, 2012 /s/
_____
JOHN N. GLANG
Assistant U.S. Attorney

ORDER

Based upon the representation of counsel and the facts set forth, and good cause appearing, IT IS HEREBY ORDERED that the defendant, Sergio Ruedas-Lopez, is granted leave to February 6, 2012, to surrender himself to the U.S. Marshal.

Dated: January 6, 2012 _____
HON. EDWARD J. DAVILA
United States District Judge